# Exhibit 3

Infringement Claim Chart for U.S. Pat. No. US7023979B1 v. TuneCore ("Defendant")

| Claims | Evidence |
|---|---|
| 10. A communications method comprising: | The TuneCore Customer Service system performs a method for communicating in a communication network. |

For example, the TuneCore Customer Service system performs a method of communicating by establishing, over a communication network, a call between a caller with a request and a call center agent. The TuneCore Customer Service system runs on Zendesk (CCaaS - Call Center as a Service).

Source: https://support.tunecore.com/hc/en-us/articles/115006501747-Contact-Us



Source: https://support.tunecore.com/hc/en-us/requests/new





Source: https://tunecore.pissedconsumer.com/customer-service.html

Source: https://www.youtube.com/watch?v=hUOWyYoZ2TY [Time: 0:22-1:48]

# TuneCore uses omnichannel support to assist rising artists

TuneCore is the global platform for independent musicians to build audiences and careers -- with technology and services across distribution, publishing administration, and a range of promotional services. TuneCore is partnered with more than 150 digital music services, including iTunes, Spotify, Apple Music, and Amazon. Hear from Erica Clayton, VP of Artist Support and Operations, why TuneCore finds Zendesk's omnichannel support an essential component in meeting client needs.

Source: https://www.zendesk.com/customer/tunecore/



Source: https://www.youtube.com/watch?v=hUOWyYoZ2TY [Time: 0:29-1:48]

| (a) receiving a plurality of | The TuneCore Customer Service system receives a plurality of communications, each having associated classification information. |

| communications, each having associated classification information. | For example, the TuneCore Customer Service system receives calls from multiple callers. For each call, the caller provides information about the nature of the call via keypad entry or Interactive Voice Response (IVR). The information provided by the caller is used to classify the call.  Source: https://support.tunecore.com/hc/en-us/articles/115006501747-Contact-Us |



Source: https://support.tunecore.com/hc/en-us/requests/new



Source: https://tunecore.pissedconsumer.com/customer-service.html



## Select the agent groups that will receive calls

Choose which agent groups will receive calls. For more information, see the article: Routing incoming calls to groups of agents. If you have a Professional plan level or higher, configure an IVR menu to allow users that call in to route themselves using key presses.

Source: https://support.zendesk.com/hc/en-us/articles/4803312464538--How-do-I-set-up-call-routing-in-Talk

## Using IVR with omnichannel routing

- IVR is automatically supported by omnichannel routing. No configuration is required to enable omnichannel routing to assign IVR calls to agents. When using omnichannel routing, a ticket is created for incoming calls as soon as they enter the queue. That means you can run ticket triggers on incoming calls before they are answered.

  When you use IVR to add ticket tags based on keypresses, those tags can then be used in queue and trigger conditions to influence how the call is routed, such as changing the ticket's group assignment, priority, or skills and determining the ticket's omnichannel routing queue. You can also generate Explore reports on IVR keypresses based on ticket tags. See About omnichannel routing.

- If you've turned on omnichannel routing, you can define custom queues if you need to route tickets to more than one group on a keypress.
- If you have already configured IVR and want to turn on omnichannel routing, remove all non-primary groups from your IVR menu before activating omnichannel routing.

Source: https://support.zendesk.com/hc/en-us/articles/4408885628698-Routing-incoming-calls-with-IVR?page=1&sort_by=created_at&sort_order=desc

## Establish call handling processes

You can contribute to the efficiency of your IVR system by creating comprehensive call handling processes. First, define clear escalation procedures to handle complex or high-priority issues, including points of contact that will handle specific requests. Visualizing this structure in a phone tree can help you identify support gaps or pain points where additional employee support is required.

Additionally, direct your employees on how to manage their time to maximize availability. If agents update customer profiles in real time, for example, they'll be ready to take the next call immediately. Or if they need time between calls to handle administrative tasks, agents should update their status in the system so ICR can route calls to free agents.

9



Source: https://www.zendesk.com/blog/intelligent-call-routing/

| | |
|---|---|
| (b) storing information representing characteristics of a plurality of potential targets; | The TuneCore Customer Service system maintains information about potential targets that includes support agents, departments, or specific resources capable of handling different types of inquiries.<br><br>For example, the TuneCore Customer Service system stores information about the skills possessed by agents who are potential targets of the call. |



Source: https://support.tunecore.com/hc/en-us/articles/115006501747-Contact-Us



Source: https://support.tunecore.com/hc/en-us/requests/new

### Establish call handling processes

You can contribute to the efficiency of your IVR system by creating comprehensive call handling processes. First, define clear escalation procedures to handle complex or high-priority issues, including points of contact that will handle specific requests. Visualizing this structure in a phone tree can help you identify support gaps or pain points where additional employee support is required.

Additionally, direct your employees on how to manage their time to maximize availability. If agents update customer profiles in real time, for example, they'll be ready to take the next call immediately. Or if they need time between calls to handle administrative tasks, agents should update their status in the system so ICR can route calls to free agents.

Source: https://www.zendesk.com/blog/intelligent-call-routing/

- **Language:** Some common languages a support team may encounter include English, Spanish, Mandarin, German, and Arabic. Assign agents who speak these languages appropriately.

- **Location:** If you operate in different time zones or use a follow-the-sun model for support, you'll want agents on call who match your customers' time zones.

- **Subject matter expertise:** Agents who are well-versed in your product or have a formal education in a subject area may be better suited for particular tasks.

- **Experience:** Agents who have had time to build their expertise will likely be an asset in providing good customer service.

# Omnichannel skills–based routing

Omnichannel routing allows you to direct customer tickets across various channels—including email, phone, and messaging apps—to agents based on their availability, capacity, and conversation priority.

# Better agent productivity

Businesses can use SBR to improve agent productivity and provide efficient customer service. With this system, support reps spend most of their time solving customer requests in their specialized fields. This leads to happier and more productive agents because they can get straight to solving problems rather than rerouting tickets.

13

Customers want answers as fast as possible, and skills-based routing can help speed up the support process. When you route customers to support representatives who can expertly resolve their concerns, they receive faster, more accurate, and more comprehensive support.

If teams need to escalate the ticket, SBR can also assist in ensuring the customer is routed to the right agent. This creates a more streamlined experience, boosting customer satisfaction.

Source: https://www.zendesk.com/blog/skills-based-routing-route-way-success/



Source:https://support.zendesk.com/hc/en-us/articles/4409149119514-About-omnichannel-routing

| (c) determining | The TuneCore Customer Service system determines an optimum target for each |
| --- | --- |

| | |
|---|---|
| an optimum target for each communication based on the communication classification and target characteristics using a multivariate cost function comparing at least three potential targets; and | communication based on the communication classification and target characteristics using a multivariate cost function comparing at least three potential targets.<br><br>For example, the TuneCore Customer Service system analyses information provided by a caller to determine one or more skills that an agent should possess to help the caller. To run at peak performance, the system considers multiple variables such as call queue length, number of available agents, average length of call, and agent skillsets when selecting an agent to connect with the caller. TuneCore employs numerous agents, at least three of which possess the skill set required by the caller.<br><br>## Route your way to success with Zendesk<br><br>Skills-based routing is a critical process that helps support teams solve customer inquiries as efficiently as possible. That said, your software is just as important as your strategy. Zendesk routing capabilities help businesses direct conversations to the right agent, keep them organized, and—most importantly—ensure their operations run smoothly.<br><br>Source: https://www.zendesk.com/blog/skills-based-routing-route-way-success/ |

15

# How intelligent call routing works

Intelligent call routing takes a three-pronged approach to efficiently manage incoming calls within call center software:

1. **Data gathering:** The ICR system gathers caller data when a call comes in. This can include caller ID, location, time of day, the reason for calling, and past interactions with the company.

2. **Analysis and matching:** The ICR system then analyzes this data against predefined routing rules and agent skill sets. These rules consider factors like the caller's needs and the agent's expertise, workload, and even language proficiency. The system then determines the appropriate agent to handle the call.

3. **Routing and connection:** Finally, the ICR system routes the call to the chosen agent directly or through a call queue if the agent is unavailable.

ICR can be integrated with other call center technologies, such as interactive voice response (IVR) software and automatic call distribution (ACD), to further improve efficiency.

Source: https://www.zendesk.com/blog/intelligent-call-routing/

# Omnichannel skills-based routing

Omnichannel routing allows you to direct customer tickets across various channels—including email, phone, and messaging apps—to agents based on their availability, capacity, and conversation priority.

16

## Better agent productivity

Businesses can use SBR to improve agent productivity and provide efficient customer service. With this system, support reps spend most of their time solving customer requests in their specialized fields. This leads to happier and more productive agents because they can get straight to solving problems rather than rerouting tickets.

Customers want answers as fast as possible, and skills-based routing can help speed up the support process. When you route customers to support representatives who can expertly resolve their concerns, they receive faster, more accurate, and more comprehensive support.

If teams need to escalate the ticket, SBR can also assist in ensuring the customer is routed to the right agent. This creates a more streamlined experience, boosting customer satisfaction.

Source: https://www.zendesk.com/blog/skills-based-routing-route-way-success/

As soon as a ticket becomes eligible for routing, omnichannel routing attempts to assign it to the first eligible and available agent. If no eligible agents are available at the time, the ticket is inserted into a queue and routed based on the following:

- **Queue**: This is defined by the omnichannel routing queue the ticket is inserted into. Omnichannel routing uses one or more queues to order and assign tickets to agents: a single, standard omnichannel routing queue (default) or custom omnichannel routing queues. The queue assignment determines which groups of agents are eligible to be assigned to each ticket. If you aren't using custom queues, all tickets are inserted into the standard omnichannel routing queue.
- **Availability**: This is defined by the single unified status the agent sets across channels.
- **Capacity** for each work channel: You define the maximum capacity for each channel and decide which email tickets are eligible for routing.
- **Assignment method**: This is defined by the assignment method in your routing configuration and applies to all channels and queues.
- **Skills**: This is defined by the skills assigned to agents and tickets and applies to all channels.

Source: https://support.zendesk.com/hc/en-us/articles/4409149119514-About-

17

| | omnichannel-routing?page=1&sort_by=created_at&sort_order=desc |
|---|---|
| | When a new ticket is created or updated, ticket triggers automatically fire and then omnichannel routing evaluates how to insert it into a queue to be routed to an agent. If you've created custom queues, omnichannel routing evaluates queue conditions to find a match for the ticket and then inserts it based on SLA targets or ticket priority; if a ticket doesn't match any of the custom queues, it's inserted into the standard omnichannel routing queue on the same basis. If you haven't created custom queues or a ticket doesn't meet the conditions for any of your custom queues, it's inserted into the standard omnichannel routing queue.<br><br>Source: https://support.zendesk.com/hc/en-us/articles/6712096584090-Understanding-how-omnichannel-routing-uses-queues-to-route-work-to-agents?page=1&sort_by=created_at&sort_order=desc<br><br>**Lower operational costs and higher profit margins**<br>Skills-based routing can help lower costs and increase profit in a few different ways:<br><br>• Speeding up time to resolution so you can scale your customer support team without raising payroll expenses<br><br>• Reducing the need for agents to route tickets manually, which can easily be a full-time job<br><br>• Routing higher-priority conversations and VIP customers to agents with more specialized knowledge—opening the door for upselling opportunities and reducing churn.<br><br>Source: https://www.zendesk.com/blog/skills-based-routing-route-way-success/ |
| (d) routing the | The TuneCore Customer Service system routes the communication to the optimum |

| | |
|---|---|
| communication to the optimum target, | target.<br><br>For example, upon determining, as the optimum target, the agent to which the caller should be connected, the TuneCore Customer Service system routes the call to that agent.<br><br>## Omnichannel skills–based routing<br><br>Omnichannel routing allows you to direct customer tickets across various channels—including email, phone, and messaging apps—to agents based on their availability, capacity, and conversation priority.<br><br>## Better agent productivity<br><br>Businesses can use SBR to improve agent productivity and provide efficient customer service. With this system, support reps spend most of their time solving customer requests in their specialized fields. This leads to happier and more productive agents because they can get straight to solving problems rather than rerouting tickets.<br><br>Customers want answers as fast as possible, and skills-based routing can help speed up the support process. When you route customers to support representatives who can expertly resolve their concerns, they receive faster, more accurate, and more comprehensive support.<br><br>If teams need to escalate the ticket, SBR can also assist in ensuring the customer is routed to the right agent. This creates a more streamlined experience, boosting customer satisfaction.<br><br>Source: https://www.zendesk.com/blog/skills-based-routing-route-way-success/ |



## Select the agent groups that will receive calls

Choose which agent groups will receive calls. For more information, see the article: Routing incoming calls to groups of agents. If you have a Professional plan level or higher, configure an IVR menu to allow users that call in to route themselves using key presses.

Source: https://support.zendesk.com/hc/en-us/articles/4803312464538--How-do-I-set-up-call-routing-in-Talk



Source:https://support.zendesk.com/hc/en-us/articles/4409149119514-About-omnichannel-routing

| said determining step and said routing step being performed within a common operating environment. | The TuneCore Customer Service system performs the determination and routing steps within a common operating environment.<br><br>For example, the TuneCore Customer Service System is implemented as a cloud-based software platform that runs on Amazon Web Services (AWS) Servers. AWS is hosted in cloud communication environment, which is a common operating environment. |
|---|---|

# On cloud nine

Creating better customer experiences requires having the right customer data at the right time. That's why we are built on AWS and an Advanced Technology Partner — to provide you with the scale, security, and integrations with the public cloud so you can focus on what matters most: your customers.

## Talk it out

Enable proactive customer service with the newly enhanced integration between Amazon Connect and Zendesk Support. Leverage sophisticated machine learning services from AWS to improve agent efficiency, while making it easier and faster for your customers.

Learn more about the Zendesk integration for Amazon Connect.

# Connect to your customers

With Zendesk Sunshine, our open and flexible CRM platform native to AWS, you can break down data silos to get a complete view of your customers. Your developers can use the open, standards-based tools they already know and love to create apps and workflows that boost customer satisfaction and agent productivity.

Source: https://www.zendesk.com/aws/

That's where Zendesk and AWS come in. Zendesk is built from the ground up on AWS, and is an Advanced Technology Partner, delivering the scale and security of the public cloud along with powerful integrations that make it easy to solve customer problems. Zendesk's native AWS infrastructure gives CX professionals and developers the ability to seamlessly tap into the power of popular AWS services. With the combination of Zendesk's applications and AWS' powerful infrastructure, companies are empowered to create customer experiences that are more personalized, and intelligent.

Source: https://www.zendesk.com/blog/building-great-customer-experiences-zendesk-aws/

23

| Claims | Evidence |
|---|---|
| 11. The method according to claim 10, wherein the determination and routing employ a common message queue in an operating system. | The TuneCore Customer Service system employs a common message queue in an operating system when performing the determination and routing.<br><br>For example, the TuneCore Customer Service system is implemented on Zendesk (CCaaS – Call Center as a Service) that runs on Amazon Web Services (AWS) servers. AWS is hosted in a cloud communication environment under the control of a common operating system. In AWS, application communications are routed via messages passed through a common message queue.<br><br>**Talk it out**<br><br>Enable proactive customer service with the newly enhanced integration between Amazon Connect and Zendesk Support. Leverage sophisticated machine learning services from AWS to improve agent efficiency, while making it easier and faster for your customers.<br><br>Learn more about the Zendesk integration for Amazon Connect.<br><br>**Connect to your customers**<br><br>With Zendesk Sunshine, our open and flexible CRM platform native to AWS, you can break down data silos to get a complete view of your customers. Your developers can use the open, standards-based tools they already know and love to create apps and workflows that boost customer satisfaction and agent productivity.<br><br>Source: https://www.zendesk.com/aws/ |

That's where Zendesk and AWS come in. Zendesk is built from the ground up on AWS, and is an Advanced Technology Partner, delivering the scale and security of the public cloud along with powerful integrations that make it easy to solve customer problems. Zendesk's native AWS infrastructure gives CX professionals and developers the ability to seamlessly tap into the power of popular AWS services. With the combination of Zendesk's applications and AWS' powerful infrastructure, companies are empowered to create customer experiences that are more personalized, and intelligent.

Source: https://www.zendesk.com/blog/building-great-customer-experiences-zendesk-aws/

When a new ticket is created or updated, ticket triggers automatically fire and then omnichannel routing evaluates how to insert it into a queue to be routed to an agent. If you've created custom queues, omnichannel routing evaluates queue conditions to find a match for the ticket and then inserts it based on SLA targets or ticket priority; if a ticket doesn't match any of the custom queues, it's inserted into the standard omnichannel routing queue on the same basis. If you haven't created custom queues or a ticket doesn't meet the conditions for any of your custom queues, it's inserted into the standard omnichannel routing queue.

Source: https://support.zendesk.com/hc/en-us/articles/6712096584090-Understanding-how-omnichannel-routing-uses-queues-to-route-work-to-agents?page=1&sort_by=created_at&sort_order=desc

**Messages and notifications**

AWS messaging services provide core communication for users and applications. Amazon Simple Queue Service (SQS) is a managed message queue that sends, stores and receives messages between components of distributed applications to ensure the parts of an application work as intended.

Source: https://www.techtarget.com/searchaws/definition/Amazon-Web-Services